United States Court of Appeals for the 11th Circuit Hear ye, hear ye, hear ye The United States Court of Appeals for the 11th Circuit is now open according to law God save the United States and this Honorable Court Good morning, this is Beverly Martin and I'm here with Judge Kevin Newsom and Judge Keith Watkins And we are sorry we can't be together in person but we're actually kind of getting used to doing it this way I hope it works well for you all today Judge Newsom and I are delighted to have with us this week Judge Watkins He's been so inundated as a district judge for so long We hadn't seen much of him as a visiting judge But it's been a real pleasure to have you here with us this week Judge Watkins Thank you And we've got three cases today I have asked Ms. Tisa to give you two minutes notice before the end of your argument And to tell you when your time has expired Sometimes there's a little delay She says it a couple of times just to be sure that everybody's on the same sheet With that I will The other thing is I guess we promised counsel two minutes of uninterrupted argument the first time you speak So with that we'll get underway with the first case the United States v. David Schwartz Good morning your honor Sonia O'Donnell represent appellant David Schwartz Your honors my client David Schwartz is serving a life term for two counts of bank A life term because it was 40 years and he's 60 some years old For two counts of bank fraud Two wires totaling less than $300,000 which the government said were cash advances Closing advances And with the corresponding false statements which are the loan documents Resulted in acquittal so there is no material misrepresentation And for conspiracy to commit bank fraud where Schwartz was not involved in the loan application process The loans were done by different departments in a different city And were under the co-conspirator supposed co-conspirator Clark Who was tried in a separate case and was acquitted actually of the conspiracy But convicted of the bank fraud which is one of the issues in this case where the government used against my client Numerous errors in the trial Each one alone is reversible but certainly cumulatively they are reversible Using a conviction of a co-conspirator Clark for the substantive conviction of bank fraud As substantive evidence of guilt against my client Under Eason that is and it's almost with almost the exact colloquy is reversible Denial of the continuance in this case is reversible I think the facts show that the attorney needed the time and the prejudice is clear With the documents that Mr. Schwartz has sent to the court Limiting the theory of the defense, this is not Powell, that was error Refusal to give the reliance of counsel instruction is clear error Especially if the court sees that there is a document That counsel did not have but was from Greenberg that showed the advice of counsel And the improper use, incredible amount of 404B evidence The use of an IRS witness that was said to be a fact witness But instead ended up giving opinion after opinion sometimes about things she knew nothing about Appellant did not receive a fair trial, it was not just trial by ambush But a trial where he had to defend against four or five different charges Which were not charged and didn't appear in the indictment Where numerous motions of limine limited his defense He was unable to defend because he didn't have documents that he should have had Because his lawyer did not get sufficient time to prepare Mr. O'Donnell, this is Judge Newsom I think you've probably in your introduction rattled off about eight different errors But you're not going to have time to cover all of those today So what horses do you want to ride today? Well, your honor, I wanted to discuss, first of all, the sufficiency Because I wanted the court to see that, you know, and that's the first one I want to discuss I think it is very clear in our brief that there was a use And it's almost exactly the use of the conviction against Schwartz It was almost the exact quality as in Eason As in there was no invited error, I think we show that and we show why I think with regard to the continuance, the court may have some questions Hold on one second, let's take one at a time So you want to talk about the introduction of the co-defendant's conviction Before we go to the continuance, let's just pause on that and Eason I mean, it can't possibly be the law, right? That your guy can get on the stand and say, in effect Well, no one's ever been able to prove that my co-defendant did anything wrong And, you know, invite the jury to conclude that the co-defendant walked And that the government's just hamstrung to sit there and bite its tongue That can't possibly be the law, can it? Your Honor, that's not what happened and those are not the facts of this case The facts of this case are that all he said was There's been all this litigation and he never said anything about Clark's case He said litigation because the government had tried four different cases The SEC case, the civil case, all these cases that the jury knew about He didn't say the criminal case or Clark's criminal case, he said litigation And his attorney said that to the court His attorney explained, he said litigation Instead, the court allowed the government to use the conviction Let me ask you a question, let's just deal with the exact quote And you can tell me if I've got it wrong But so, Schwartz said on the stand, on recross He says that Clark is supposed to be presumed innocent And so far, nobody's been able to show anything that is an impropriety Is that right? Do I have the quote right? Well, but that's not the quote that led to this question What happened is, the question I believe is From his attorney, now the only other possible impropriety Is the cash disclose coming from somebody else other than the buyer, correct? And then he says, that's the theory of the prosecution, I hear that I know, that's not the first time I've heard that theory That's been in all these lawsuits And so far, nobody's been able to show anything that that is an impropriety What does it mean when he says Clark is presumed innocent? Your Honor, I think he was musing about Clark And I think he was, I think they had just The government asked a lot of questions about Well, you know, Clark did this and Clark did that And I guess he was just saying, well, I mean, he's presumed innocent But the question that led to this To the use of the conviction against him Is what I just read the court Because though the government didn't object They then, you know, waited until that And said, well, you know, he was He was saying that this was, you know A theory in the lawsuits And, you know, his attorney said This is, you know, lawsuits is not the criminal conviction I mean, this is a very An egregious error And I mean, the use, you know The use of a criminal conviction of a co-defendant To infer that this defendant is guilty And then he did it again in closing argument Is itself reversible error But when put together with all the other errors in this case Including the, you know, the fact that the You know, there are a lot of documents That we have found and sent to the court That a continuance would have allowed this counsel To search in this unsearchable drive And all the errors together Definitely require reversal But even if there's some doubt in the court's mind About whether this is itself alone reversible Which there shouldn't be Because I just read exactly how the colloquy went And by the way, the government didn't say anything then They just sandbagged him later Okay, so he couldn't fix it, he couldn't nothing I mean, and then they used that conviction against him And your honor, there are a number of errors And I know our briefs are very clear On what the errors are But I, you know, on the sufficiency of the evidence There are only two remaining substantive counts That are specifically tied to the false statements And the indictment And were tied at trial And the false statements Well, there's no evidence that there was any You know, material misrepresentation As a matter of fact, the false statements Have been Two minutes, two minutes The false statements There were acquittals on the false statements And there is no evidence that Mr. Schwartz joined a conspiracy to commit backfraud He was not involved in the loans He was not, didn't know anything about the loans There was, and there was no evidence That he knew anything about the loans And the two people who testified That they wrote somebody's name in On the loan applications for Clark's relatives Said that they didn't tell anything to Schwartz About anything on the loan applications Or their signatures There's nothing wrong with the lease back There's a document You know, they acted as if This is some nefarious conspiracy Some Ponzi scheme It wasn't They were legitimate Apartments that were bought In a time when You know, when later on There was a crash Which he was not allowed To tell the jury This is not a Powell situation This is a situation where They put in a bunch of A number of people Who said they bought apartments And lost money Well, a lot of people lost money at this time Because there was a crash He was not allowed to say that He was not saying that the banks Should have looked into it Or done better appraisal Like in Powell He wanted his defense Which is I did not cause these people To lose their apartments And the lease back There's a 20 page opinion From Greenberg Trorig A very reputable firm That says that The lease back should be done later Because otherwise There's security And because of that That's how they were done And that's why they weren't On the loan documents Which he didn't see anyway Now, the fact that That Clark and Coleman Were acquitted of the conspiracy Is not important Sorry For this I know that it doesn't bind the court However It does show And the court can just look at There's no evidence Of a conspiracy here And I don't know who Who the conspirator What Conspirator Who did he conspire with He wasn't even in the same department He didn't know anything about the loans There was no conspiracy To commit bankruptcy Thank you, your honor I think My time may be over It's difficult to Because I don't have the Yes, your time is up Okay Good morning, your honors May it please the court Sonia Ralston For the United States Clark and Schwartz Agreed to work together With the help of others To defraud banks And investors Out of hundreds of millions of dollars K-Clubs was a fraud from the start When Clark and Schwartz Arranged for the first Seven condo sales Through straw purchasers These so-called sales Were frauds Because the paperwork Indicated they were Arms-length transactions Involving real buyers When in fact The buyer and seller Were the same entity The fraud allowed K-Clubs both To get cash From a purchase money mortgage Without an actual purchase And to set Artificially high prices For the sales That were then used To buoy appraisals For all subsequent sales Thus in both the initial And subsequent sales K-Clubs induced banks To make loans They would not have made Had they known the truth In the fall of 2006 K-Clubs suffered A cash crunch And Clark and Schwartz Again arranged A trio of nominee sales Where in K-Clubs Purported to sell units To third parties But really sold to itself Essentially using Federally insured banks As their own Personal piggy banks In part to repay Other debts Befrauding Peter To repay Paul And the evidence Proved that throughout The scheme Schwartz knew The nominee sales Were fake He charged Clark's Ownership account For the down payments And mortgages Showing he knew Clark Was the real owner Of those units He wired the cash To close from K-Clubs Account directly To the title companies He saw the HUD ones Memorializing a sale To a non-existent buyer When their Ponzi scheme Fell to earth The defendants Continued to lie About what happened And cover up the fraud To their investors The SEC The IRS And the jury here The jury nonetheless Convicted Schwartz Of bank fraud Conspiracy and tax Obstruction Other than the tax Obstruction conviction The trial was fair The convictions are just And the sentence is appropriate The continuance Doesn't Their argument About the continuance Fails to account For facts this court Has held relevant Including the years Schwartz spent litigating The same issues On the same discovery Against the SEC The fact that the government Handed him his case On a silver platter Months before trial And his availability To assist counsel Throughout the process He has also never pointed To a single piece of evidence That would have led To his acquittal In sum The district court Did not abuse its discretion I'd like to start quickly On the issue About Clark's conviction Judge Newsom pointed out I think if you read the record It speaks for itself The district court Didn't abuse its discretion It offered the defendant To re-redirect If there was anything That needed to be cleared up This is at docket 217 At page 73 What happened in closing Please read the transcript The defendant's brief Misrepresents what happened There's a paragraph break Before he continues on Talking about You know there was Obviously fraud here That's at 217 Page 158 It's on plain error review For the closing argument issue And this is not, Ethan This is pure impeachment The government asked for And the court gave A limiting instruction To that effect And the closing argument Is clearly an aside He says by the way To introduce this one sentence It's not relied on It's not substantive evidence It was just impeachment And that is So let me ask you This is Judge Newsom Let me ask you A follow-up question Although Ms. O'Donnell didn't cite This portion of Ethan There's a passage in Ethan That says It is clear That a conviction Other than that Of the witness himself Is not admissible On the issue Of the witness's credibility What does that mean? I'm not sure, your honor I think that that's Addictive It's not necessary To the holding there And I think as you pointed out In your questions before That simply can't be the law It can't be the fact That the defendant Or any witness Is able to get on the stand And lie through his teeth About something And the other party The government Is hamstrung From doing anything about it If you lie You lie And lies are relevant To the witness's credibility I mean it's different Right It's only for impeachment Right If the person isn't testifying Then it's not relevant And we're not impeaching By the fact of the conviction It's not So maybe what Ethan means Is you can't say Introduce somebody's conviction In like a 608-609 situation As the fact of the conviction Isn't self-impeachment Of the witness Although again The rules of evidence Indicate that if you're Impeaching the declarant Of hearsay statement That's admissible But in the sense of You're straight up Impeaching the witness Because they lied About the existence Of the conviction I don't think that's What the statement That Ethan could possibly Be covering Do you think Is there some difference In your mind I've been sort of Struggling with this Is there some difference In your mind Between impeaching A witness's credibility Or a comment like this Opening the door Generally To sort of just Rebutting the statement Setting the record Setting a misrepresentation Straight and impeaching A witness's credibility Might it be that Ethan only runs To the latter And not to the former Yeah I mean I think This is again In the district court's Discretion about You know weighing The costs and benefits But seeing How directly Impeaching the question Is going to be Which goes to You know Exactly what was said That needs to be impeached And if you just Nudge the door open A little bit That's different than Swinging it wide open And walking straight through I think the district court Here You know Heard the argument about This is referring to Civil lawsuits The court didn't Agree with that It says This is a fair question And that's within The district court's discretion I don't think There's anything here That shows A vile Abusive discretion I'd like to comment Briefly on the Issue of Precluding the defense About the market crash You know This was technically Precluded as a defense Because it's not relevant Which is the right ruling But a lot of this Evidence came in anyway And you'll see In our brief On that On that issue This is Beverly Martin You know I'm sure you've read United States vs. Stein Where This court vacated You know A finding of loss Because the district court Didn't allow the Defendant to talk To argue about The loss From the stock market Decline of 2008 I mean Doesn't that Name I mean Doesn't that apply here Or why doesn't it Two responses Your honor I think to the extent That the amount of loss Is at issue That that might Be different When When you're talking about Sentencing vs. You know At trial Where the amount of loss Is not an element To these crimes And the second would be That To the extent It's saying that Market forces Like market declines Are not foreseeable I think the Obers If not abrogates Substantially undercuts That idea You know that decision Post dates Sign I think And there the court held That the defendant Is on the hook For restitution In that case But You know Subtracted the collateral At the post crash price Not at the You know The moment the bank Took possession Of the collateral price And so holding the defendant Liable for The effect of the crash Because the crash Is foreseeable And I think that You know Market downturns Are always foreseeable When you're Especially when you're Talking about real estate So even in the Sentencing context I think foreseeability Is the touchstone And You would be talking about But Foreseeable But here You know A lot of this evidence Can I follow up on that? I'm sorry Can I follow up on that? So As I understand it Because of the Supreme Court Ruling About the tax Obstruction Accounts We We need to Vacate those And remand For resentencing Should we Direct the District court To consider Mr. Schwartz's Argument about How the Stock market Decline Affected the Loss amounts At sentencing? I don't Think so For a couple Of reasons The So the Resentencing Required by Vacating Count 8 Is essentially A clerical resentencing Vacating One of the $100 Assessments And then the Sentence on that Count which was Concurrent to the Others The Loss calculation At sentencing You know Based on the Way the Guidelines come Out It's six Levels over The top of The guidelines So you Could reduce That loss Calculation by Six levels And have Zero effect On the Guidelines Which means That if there Was at least $9.5 million Of foreseeable Loss The guidelines Range is the Same So to get to $9.5 million You don't have to Go very far You know Even absent The market Crash there's $9.5 million Of loss The Defendant The Conspirators Gain is $67 million So you Know even if You don't want To use loss If you Just want to Use gain as The alternative And the Guidelines say You should Use whichever Is higher So that would Be a floor And that's $67 million Which would Be a plus 24 instead Of a plus 26 But again That makes No difference In the Ultimate Calculation Of the Guidelines Because the Total Offense The You know I'd like to Point out one More thing About this Kind of Market The market Did it Issue Which is That Things fell Apart in 2006 and Early 2007 Which is Before the Market Crashed And that Was brought Up at Trial After the Defendant Did make This argument He made it In his own Testimony He made it In closing So I don't Think he was Really that Hamstrung From presenting That I want to Touch briefly On the Continuance Issue The Defendant Bears a Really high Burden To show The Denial Of Continuance As an Abusive Discretion And requires Pointing out Specific Substantial Prejudice Which is That he Has to Identify The document Or documents Or evidence From a Witness That would Have been Introduced At trial That would Have led To a Different Outcome As this Court Has said So an Acquittal Is a Case Where the Defendant Has to   Or evidence        Court Has said So an Acquittal Is a Case Where the Defendant Has to Identify The document Or evidence From a Witness That would Have  Introduced At trial    To a Different Outcome As this   So an Acquittal Is That would Have Introduced  To a Different Outcome to Identify The document  That would Have Introduced Identify The document That  Have Introduced      Acquittal  Case Where the  Has to Identify document That  Have Introduced To a